IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 654 HEALTH AND WELFARE FUND, ET AL, | : : : : : | CIVIL ACTION |
| v. | : : | |
| INDUSTRIAL VALLEY CONTROLS, INC. d/b/a IVC, INC. | : : | NO. 09-5840 |

## **ORDER**

AND NOW, this 20th day of October 2010, upon consideration of the motion for summary judgment filed by Plaintiffs International Brotherhood of Electrical Workers Local Union No. 654 Health and Welfare Fund, et al. (Doc. 10), and the response of Defendant Industrial Valley Controls, Inc., d/b/a IVC, Inc. (Doc. 11), it is HEREBY ORDERED that the motion is GRANTED IN PART and Defendant shall submit within thirty days of the date of this Order to an audit by an auditor appointed by Plaintiffs.

IT IS FURTHER ORDERED that final judgment shall not be entered at this time. Instead, Plaintiffs have sixty days from the date of this Memorandum and Order in which to move for the amount found due and owing after the audit, if any, as well as fees and costs associated with this litigation, and Defendant has thirty days thereafter in which to file a response.

BY THE COURT:

/S/ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE