IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 654 HEALTH AND WELFARE FUND, ET AL, | : : : : : | CIVIL ACTION |
| v. | : : : | |
| INDUSTRIAL VALLEY CONTROLS, INC. d/b/a IVC, INC. | : : | NO. 09-5840 |

## ORDER AND JUDGMENT

AND NOW, this 4th day of February 2011, upon consideration of the motion for a court order for judgment in the amount $45,645.34 filed by Plaintiffs International Brotherhood of Electrical Workers Local Union No. 654 Health and Welfare Fund, et al. (Doc. 15), to which no response was filed by Defendant Industrial Valley Controls, Inc., d/b/a IVC, Inc. ("IVC"), it is HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that JUDGMENT IS ENTERED in favor of Plaintiffs International Brotherhood of Electrical Workers Local Union No. 654 Health and Welfare Fund, et al. and against Defendant IVC in the amount of $45,645.34.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE